IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JEFFREY W. MIZELL,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | **Civil Action No. 00-00699-CG-B** |
| | * | |
| **MICHAEL J. ASTRUE,** | * | |
| Commissioner of | * | |
| Social Security, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner is authorized to receive **$25,236.25** as a fee for services rendered before this Court, said amount representing the remaining balance of twenty-five percent (25%) of the total past-due benefits awarded Plaintiff.  Additionally, Petitioner is hereby **DIRECTED** to disburse to Plaintiff the sum of **$1,756.00** which was previously awarded pursuant to the Equal Access to Justice Act.

**DONE** and **ORDERED** this the 22nd day of February, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE